BEN HANSON, Respondent, v. CHAS. H. HOUSKA and A. L. MARTIN, Appellants.

(186 N. W. 256)

Followed case. See Nasset v. Houska, et al. post, 186 N. W. 255.

GRACE, C. J. The questions presented on appeal in this case are similar to those presented in the case of Karoline Nasset, Plaintiff and Respondent, v. Chas. H. Houska and A. L. Martin, Defendants and Appellants, recently decided by this court, post, 668, 186 N. W. 255 and is ruled by the decision in that case.

Opinion filed Dec. 12, 1921.

The judgment appealed from is affirmed. The respondent is entitled to his costs and disbursements on appeal.

*Kehoe & Moseley,* for appellants.

*Sinness & Duffy,* for respondent.

GRACE, C. J. and CHRISTIANSON, BIRDZELL, ROBINSON, BRONSON, JJ., concur.